COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | No. 08-24-00373-CV |
| IN THE INTEREST OF | § | Appeal from the |
| M.C.R.G. AND A.R.G., | § | 207th Judicial District Court |
| Children. | § | of Comal County, Texas |
| | § | (TC#C2021-0845B) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF NOVEMBER 2024.

J                                                              JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, J.J.